**Fill in this information to identify the case:**

Debtor 1 __Patricia Ann Moore__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Virginia__
(State)

Case number __14-35919-KRH__ (Richmond)

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

**Court claim no.** (if known): __9__

**Last 4 digits** of any number you use to identify the debtor's account: __9__ __5__ __8__ __2__

**Property address:** 18516 Rollingside Drive
Number    Street

Colonial Heights    VA    23834
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __11__/__01__/__2019__
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Patricia   Ann   Moore | Case number (*if known*) 14-35919-KRH |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Keith Yacko                                    Date  10 / 15 / 2019
Signature

Print   Keith             Yacko                    Title  Attorney for creditor
        First Name   Middle Name   Last Name

Company    McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3550 Engineering Drive, Suite 260
           Number            Street

           Peachtree Corners,          GA      30092
           City                        State   ZIP Code

Contact phone  (407)  289 – 4347         Email  kyacko@mtglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Patricia Ann Moore
18516 Rollingside Drive
Colonial Heights, VA 23834

**Via electronic service:**

Laura Taylor Alridge
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588

Amanda Erin DeBerry
Boleman Law Firm, PC
P.O. Box 11588
Richmond, VA 23230-1588

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

This 15th day of October, 2019

/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
407-289-4347
kyacko@mtglaw.com